BRYAN SCHWARTZ LAW
Bryan J. Schwartz (SBN 209903)
Email: bryan@bryanschwartzlaw.com
Rachel M. Terp (SBN 290666)
Email: rachel@bryanschwartzlaw.com
Maren I. Christensen (SBN 320013)
Email: maren@bryanschwartzlaw.com
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301

*Attorneys for Plaintiff and Putative
Class and Collective Action Members*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIETT MITCHELL and JOSEPH ADAMS, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>CORELOGIC VALUATION SOLUTIONS, INC., and DOES 1-10, inclusive<br><br>Defendant(s). | Case No. 8:17-cv-02274-DOC-DFMx<br><br>[PROPOSED] ORDER GRANTING PROTECTIVE ORDER |

ORDER GRANTING PROTECTIVE ORDER

# ORDER

**GOOD CAUSE HAVING BEEN SHOWN**, the Parties' Stipulated Protective Order is GRANTED.

**IT IS SO ORDERED.**

DATE: May 13, 2019

HON. DOUGLAS F. MCCORMICK
MAGISTRATE JUDGE