# EXHIBIT 3



Northeast Case Management Center
Heather Santo
Assistant Vice President
1301 Atwood Avenue, Suite 211N
Johnston, RI 02919
Telephone: (866)293-4053
Fax: (866)644-0234

May 13, 2019

Matthew C. Helland, Esq.
Nichols Kaster LLP
235 Montgomery Street, Suite 810
San Francisco, CA 94104
Via Email to: helland@nka.com

Timothy M. Freudenberger, Esq.
Carothers DiSante & Freudenberger, LLP
18300 Von Karman Avenue, Suite 800
Irvine, CA 92612
Via Email to: tfreud@cdflaborlaw.com

Case Number: 01-19-0001-3093

Individual Claimants
-vs-
CoreLogic, Inc., CoreLogic Solutions, LLC,
and CoreLogic Valuation Solutions, Inc.

Dear Parties:

This will acknowledge receipt of Respondent's letter dated May 9, 2019, and a responsive email from Claimants on the same date.

The issue before the American Arbitration Association (the AAA) is whether the filing requirements contained in the AAA's Rules have been met by the Claimants. After review of the files, the AAA has made an administrative determination that Claimants have met the filing requirements by filing demands for arbitration providing for administration by the AAA under its Rules and/or a Court Order. Accordingly, in the absence of an agreement by the parties or a court order staying these matters, the AAA will proceed with the administration of the arbitrations.

The parties' contentions have been made part of the files and will be forwarded to the arbitrators upon appointment, at which time the parties may submit their arbitrability arguments to the arbitrators for determination.

Respondent's share of filing fees in the amount of $1,900 per case for the first sixty-five (65) cases filed should be remitted to the AAA immediately, and in any case no later than Friday, **May 17, 2019**.

Please contact me if you have any questions or concerns.

Sincerely,


Tacy Zysk
Manager of ADR Services
Direct Dial: (401)431-4711
Email: TacyZysk@adr.org
Fax: (866)644-0234


cc: Kimberly M. Jansen, Esq.

Bryan Schwartz, Esq.
Rachel Terp, Esq.
Maren Christensen, Esq.
Daniel Brome, Esq.
Brian E. Cole, Esq.
Amy S. Williams, Esq.