# EXHIBIT 4

| | |
|---|---|
| **From:** | Helland, Matthew |
| **To:** | Sergio Hernandez |
| **Cc:** | Brome, Daniel; Phillips, Amy; Amy S. Williams (awilliams@cdflaborlaw.com); Tim Freudenberger; "Brian Cole"; "Kimberly Jansen" |
| **Subject:** | RE: Certification of Representation in Oregon Arbitration |
| **Date:** | Wednesday, May 29, 2019 2:54:24 PM |

Sergio –

   Thank you for this email and for the follow up call. As you request, we will send you an email with the case number once it is assigned. I understand from our conversation that, in the future, you would prefer that we wait until a case number is assigned before submitting our Certification of Representation. That is what we will do going forward.

   Thanks much.

Matt

**From:** Sergio Hernandez <shernandez@osbar.org>
**Sent:** Wednesday, May 29, 2019 2:18 PM
**To:** Helland, Matthew <helland@nka.com>
**Subject:** Certification of Representation in Oregon Arbitration

Dear Matthew Helland,

I have received your Certification of Representation in Oregon Arbitration and noted that the arbitration number was left blank. Has a case number been assigned? Thank you for your assistance.

Sincerely,

**Sergio Hernandez**
Regulatory Services Specialist
503-431-6330
shernandez@osbar.org

Oregon State Bar • 16037 SW Upper Boones Ferry Road • PO Box 231935 • Tigard, OR 97281-1935 • www.osbar.org

Please note: Your email communication may be subject to public disclosure. Written communications to or from the Oregon State Bar are public records that, with limited exceptions, must be made available to anyone upon request in accordance with Oregon's public records laws.