# EXHIBIT 5

| | |
|---|---|
| From: | AAA Heather Santo |
| To: | "Amy S. Williams"; Helland, Matthew; "Anne Kravich" |
| Cc: | "Kimberly Jansen"; "Bryan Schwartz"; "julie@bryanschwartzlaw.com"; Brome, Daniel; Phillips, Amy; "Maren Christensen"; "Rachel Terp" |
| Subject: | RE: Case No. 01-19-0001-3093 AAA Arbitration for Individual Claimants v. CoreLogic, Inc. - Confirming Stay through July 23, 2019 |
| Date: | Friday, May 31, 2019 11:49:52 AM |
| Attachments: | image001.png<br>image002.png<br>image003.png<br>image005.png<br>image274740.PNG |

Dear Counsel,

This confirms an administrative conference call was held earlier this date. Matthew Helland appeared for Claimants, and Amy Williams and Kim Jansen appeared for Respondents.

As discussed during the call, case administration of the CoreLogic arbitrations is stayed for 60 days pursuant to Rule 1, until **July 23, 2019**. The stay will be lifted prior to July 23, 2019 if both parties confirm their agreement to proceed with case administration.

We note that Claimants have continued to file individual arbitrations against Respondent CoreLogic, and they may continue to submit new individual filings to AAA during the abeyance period. The AAA will continue to acknowledge receipt of these new filings.

Please contact us with any questions or concerns.

Thank you,
Tacy Zysk on behalf of,



**Heather Santo**

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703  F: 401 435 6529  E: heathersanto@adr.org
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** AAA Heather Santo
**Sent:** Thursday, May 30, 2019 11:18 AM
**To:** Amy S. Williams <awilliams@cdflaborlaw.com>; Helland, Matthew <helland@nka.com>; AAA Heather Santo <heathersanto@adr.org>; Anne Kravich <akravich@cdflaborlaw.com>
**Cc:** Kimberly Jansen <kjansen@cdflaborlaw.com>; 'Bryan Schwartz' <bryan@bryanschwartzlaw.com>; 'julie@bryanschwartzlaw.com' <julie@bryanschwartzlaw.com>; Brome, Daniel <dbrome@nka.com>; Phillips, Amy <aphillips@nka.com>; 'Maren Christensen' <maren@bryanschwartzlaw.com>; Rachel Terp <rachel@bryanschwartzlaw.com>
**Subject:** RE: Case No. 01-19-0001-3093 AAA Arbitration for Individual Claimants v. CoreLogic, Inc. - Conference Call Scheduled for 11:00 a.m. Pacific Time on Friday, May 31, 2019

Dear Counsel,

Thank you for your prompt responses.

This confirms an Administrative conference call has been scheduled for tomorrow, **May 31, 2019 at 11:00 a.m. Pacific**. Please dial in to the Administrative conference call by using the following telephone number and security code:

    Telephone: **(888) 537-7715**
    Security Code: **18399423#**

Please be advised the case administrator will not initiate the conference call. All participants are requested to dial in at the scheduled time in order to ensure that the call may begin promptly.

Thank you for your attention, and please do not hesitate to contact me should you have any questions or concerns.

Sincerely,
Tacy Zysk on behalf of,

**From:** Amy S. Williams <awilliams@cdflaborlaw.com>
**Sent:** Wednesday, May 29, 2019 6:06 PM
**To:** Helland, Matthew <helland@nka.com>; AAA Heather Santo <heathersanto@adr.org>; Anne Kravich <akravich@cdflaborlaw.com>
**Cc:** Kimberly Jansen <kjansen@cdflaborlaw.com>; 'Bryan Schwartz' <bryan@bryanschwartzlaw.com>; 'julie@bryanschwartzlaw.com' <julie@bryanschwartzlaw.com>; Brome, Daniel <dbrome@nka.com>; Phillips, Amy <aphillips@nka.com>; 'Maren Christensen' <maren@bryanschwartzlaw.com>; Rachel Terp <rachel@bryanschwartzlaw.com>
**Subject:** RE: Case No. 01-19-0001-3093 AAA Arbitration for Individual Claimants v. CoreLogic, Inc. - Requesting Availability for Conference Call [IWOV-DB.FID214576]

**\*\*\* External E-Mail – Use Caution \*\*\***

Tacy –

We are available tomorrow after 3 pm PST and on Friday before noon PST.

Thank you.



**Amy S. Williams**
**Partner**
**Carothers DiSante & Freudenberger LLP**
18300 Von Karman Avenue, Suite 800
Irvine, CA 92612
(949) 622-1661 | awilliams@cdflaborlaw.com

**Website »**   **Attorney Bio »**

Sacramento
San Francisco
Los Angeles
Orange County
San Diego

**From:** Helland, Matthew <helland@nka.com>
**Sent:** Wednesday, May 29, 2019 3:02 PM
**To:** AAA Heather Santo <heathersanto@adr.org>; Amy S. Williams <awilliams@cdflaborlaw.com>; Anne Kravich <akravich@cdflaborlaw.com>
**Cc:** Kimberly Jansen <kjansen@cdflaborlaw.com>; 'Bryan Schwartz' <bryan@bryanschwartzlaw.com>; 'julie@bryanschwartzlaw.com' <julie@bryanschwartzlaw.com>; Brome, Daniel <dbrome@nka.com>; Phillips, Amy <aphillips@nka.com>; 'Maren Christensen' <maren@bryanschwartzlaw.com>; Rachel Terp <rachel@bryanschwartzlaw.com>
**Subject:** RE: Case No. 01-19-0001-3093 AAA Arbitration for Individual Claimants v. CoreLogic, Inc. - Requesting Availability for Conference Call

Tacy –
   We can be available any time tomorrow or Friday.  Thanks.

Matt

**From:** AAA Heather Santo <heathersanto@adr.org>
**Sent:** Wednesday, May 29, 2019 2:03 PM
**To:** Amy S. Williams <awilliams@cdflaborlaw.com>; Helland, Matthew <helland@nka.com>; AAA Heather Santo <heathersanto@adr.org>; Anne Kravich <akravich@cdflaborlaw.com>
**Cc:** Kimberly Jansen <kjansen@cdflaborlaw.com>; 'Bryan Schwartz' <bryan@bryanschwartzlaw.com>;

'julie@bryanschwartzlaw.com' <julie@bryanschwartzlaw.com>; Brome, Daniel <dbrome@nka.com>; Phillips, Amy <aphillips@nka.com>; 'Maren Christensen' <maren@bryanschwartzlaw.com>; Rachel Terp <rachel@bryanschwartzlaw.com>
**Subject:** RE: Case No. 01-19-0001-3093 AAA Arbitration for Individual Claimants v. CoreLogic, Inc. - Requesting Availability for Conference Call

Dear Counsel,

This confirms AAA's receipt of the parties' below exchange, and of the Court's *Order*. At this time we request your availability for a brief administrative conference call to discuss the parties' positions.

The AAA can be available for a conference call any time during normal business hours tomorrow, May 30th, or Friday, May 31st. Please remit your availability as soon as possible so that a call may be scheduled. If counsel cannot attend a call within the next 2 days, please contact me directly at 401-431-4880.

Thank you for your kind attention to this request.

Sincerely,

Tacy Zysk on behalf of,



**Heather Santo**

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703  F: 401 435 6529  E: heathersanto@adr.org
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Amy S. Williams <awilliams@cdflaborlaw.com>
**Sent:** Tuesday, May 28, 2019 6:57 PM
**To:** Helland, Matthew <helland@nka.com>; AAA Heather Santo <heathersanto@adr.org>; Anne Kravich <akravich@cdflaborlaw.com>
**Cc:** Kimberly Jansen <kjansen@cdflaborlaw.com>; 'Bryan Schwartz' <bryan@bryanschwartzlaw.com>; 'julie@bryanschwartzlaw.com' <julie@bryanschwartzlaw.com>; Brome, Daniel <dbrome@nka.com>; Phillips, Amy <aphillips@nka.com>; 'Maren Christensen' <maren@bryanschwartzlaw.com>; Rachel Terp <rachel@bryanschwartzlaw.com>
**Subject:** RE: Case No. 01-19-0001-3093 AAA Arbitration for Individual Claimants v. CoreLogic, Inc. [IWOV-DB.FID214576]

*** External E-Mail – Use Caution ***

Tacy – CoreLogic objects to Claimant's request. AAA Rule 1 requires the AAA to suspend administration for 60 days to permit the party to obtain a stay of arbitration. CoreLogic timely invoked Rule 1 and so is entitled to the full 60 day period in which to obtain such relief. The AAA must reject Claimant's request to resume administration.

Thank you.



**Amy S. Williams**
**Partner**
**Carothers DiSante & Freudenberger LLP**
18300 Von Karman Avenue, Suite 800
Irvine, CA 92612
(949) 622-1661 | awilliams@cdflaborlaw.com

**Website »**   **Attorney Bio »**

Sacramento
San Francisco
Los Angeles



**From:** Helland, Matthew <helland@nka.com>
**Sent:** Tuesday, May 28, 2019 2:38 PM
**To:** 'AAA Heather Santo' <heathersanto@adr.org>; Anne Kravich <akravich@cdflaborlaw.com>
**Cc:** Amy S. Williams <awilliams@cdflaborlaw.com>; Kimberly Jansen <kjansen@cdflaborlaw.com>; 'Bryan Schwartz' <bryan@bryanschwartzlaw.com>; 'julie@bryanschwartzlaw.com' <julie@bryanschwartzlaw.com>; Brome, Daniel <dbrome@nka.com>; Phillips, Amy <aphillips@nka.com>; 'Maren Christensen' <maren@bryanschwartzlaw.com>; Rachel Terp <rachel@bryanschwartzlaw.com>
**Subject:** RE: Case No. 01-19-0001-3093 AAA Arbitration for Individual Claimants v. CoreLogic, Inc.

Tacy –

The Court has denied CoreLogic's motion to enjoin these arbitrations. The order is attached.
We request that AAA immediately lift the stay. Recognizing that it is now past the close of business on the East Coast, we request that AAA set a new payment deadline of May 30, 2019.
Thank you for your attention to this matter.

Matt

**From:** Helland, Matthew
**Sent:** Tuesday, May 28, 2019 11:37 AM
**To:** AAA Heather Santo <heathersanto@adr.org>; Anne Kravich <akravich@cdflaborlaw.com>
**Cc:** Amy S. Williams <awilliams@cdflaborlaw.com>; Kimberly Jansen <kjansen@cdflaborlaw.com>; Bryan Schwartz <bryan@bryanschwartzlaw.com>; julie@bryanschwartzlaw.com; Brome, Daniel <dbrome@nka.com>; Phillips, Amy <aphillips@nka.com>
**Subject:** RE: Case No. 01-19-0001-3093 AAA Arbitration for Individual Claimants v. CoreLogic, Inc.

Tacy –

We will advise AAA as soon as the court issues an order. If the request for an injunction is denied, we ask that AAA reset the filing fee deadline for one business day after we so advise AAA.

Matt

**From:** AAA Heather Santo <heathersanto@adr.org>
**Sent:** Tuesday, May 28, 2019 11:06 AM
**To:** Anne Kravich <akravich@cdflaborlaw.com>; Helland, Matthew <helland@nka.com>
**Cc:** Amy S. Williams <awilliams@cdflaborlaw.com>; Kimberly Jansen <kjansen@cdflaborlaw.com>; Bryan Schwartz <bryan@bryanschwartzlaw.com>; julie@bryanschwartzlaw.com
**Subject:** RE: Case No. 01-19-0001-3093 AAA Arbitration for Individual Claimants v. CoreLogic, Inc.

Dear Counsel,

This acknowledges receipt of Respondent's attached correspondence dated May 24, 2019.

Pursuant to Rule 1 of AAA Employment Arbitration Rules, the AAA will suspend administration of these proceedings for 60 days to permit the filing party to obtain a stay of arbitration from the court.

Please contact us with any questions or concerns.

Sincerely,

Tacy Zysk on behalf of,



**Heather Santo**

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703  F: 401 435 6529  E: heathersanto@adr.org
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Anne Kravich <akravich@cdflaborlaw.com>
**Sent:** Friday, May 24, 2019 5:26 PM
**To:** AAA Heather Santo <heathersanto@adr.org>
**Cc:** Amy S. Williams <awilliams@cdflaborlaw.com>; Kimberly Jansen <kjansen@cdflaborlaw.com>; Helland, Matthew <helland@nka.com>; Bryan Schwartz <bryan@bryanschwartzlaw.com>; julie@bryanschwartzlaw.com; Anne Kravich <akravich@cdflaborlaw.com>
**Subject:** Case NO. 01-19-0001-3093 AAA Arbitration for Individual Claimants v. CoreLogic, Inc.

\*\*\* External E-Mail – Use Caution \*\*\*

Ms. Santo,

Please see the attached correspondence sent on behalf of Kimberly M. Jansen.

Thank you,



**Anne Kravich**
**Paralegal**
Carothers DiSante & Freudenberger LLP
900 University Avenue, Suite 200
Sacramento, CA 95825
T: (916) 361-0991 | akravich@cdflaborlaw.com

Website »

Sacramento
San Francisco
Los Angeles
Orange County
San Diego