# EXHIBIT 7

| | |
|---|---|
| **From:** | AAA Tacy Zysk |
| **To:** | Brome, Daniel; Helland, Matthew; Amy S. Williams; Phillips, Amy; Kimberly Jansen; Tim Freudenberger; Brian Cole; Bryan Schwartz; Rachel Terp; Anne Kravich; Clare Perez |
| **Subject:** | 149 Individual Claimants -and- CoreLogic, Inc. - Administrative Conference Call Held on 8/9/19 |
| **Date:** | Monday, August 12, 2019 11:54:44 AM |
| **Attachments:** | image3ef326.PNG |

Dear Counsel,

This confirms an Administrative Conference Call was held on August 9, 2019. Daniel Brome and Bryan Schwartz appeared on the call for the individual Claimants, and Amy Williams appeared on the call for Respondent CoreLogic, Inc.

The AAA inquired if the parties are currently open to conducting a mediation of their claims. The parties confirmed that they have already attempted mediation, and although they may both be open to mediating again at a later date, they are not in agreement to mediate at this time. The AAA encourages counsel to contact the undersigned if at any point during the course of these arbitrations they agree a mediation, as to any or all filed claims, should be arranged.

Respondent CoreLogic has identified several threshold issues related to these filings, including issues related to appearances of representatives in certain non-California arbitration proceedings. Inasmuch as the parties would not agree to utilize a Special Master to hear and resolve threshold issues, the AAA requests Respondent CoreLogic submit their comments identifying and providing their position regarding any threshold issues related to these arbitrations by **August 16, 2019**. Claimants shall provide their responsive comments by **August 23, 2019,** and the parties' filings will be provided to the individual arbitrators for their determinations upon appointment.

At this time, we are also providing a link to AAA's Neutral Search Platform (i.e. "the search-link") which enables the parties to search AAA's National Panel of Arbitrators by name, by keywords in their resumes/CV's, by expertise, and by geography:

https://www.adr.org/tools/faces/home?key=MTU2NTYyMjA2MTc2MyAtIDE1IC0gQ09NTQ

The above hyperlink will expire in fifteen (15) days. In that time, the parties are encouraged to confer and attempt to agree upon as many neutral arbitrators to serve in these matters as they can. Any mutually agreeable arbitrators the parties identify will be invited to serve in one (1) arbitration.

As no other agreements regarding the arbitrator appointment process could be reached, the AAA will furnish an arbitrator selection list for the parties' consideration in each individual arbitration. The parties have agreed that qualified arbitrators may appear on more than one (1) arbitrator selection list, and as a result of the parties' rankings, could be invited to serve on more than one (1) arbitration.

Inasmuch as the threshold issues identified by Respondent do not apply to any California proceedings, AAA will begin furnishing arbitrator selection lists for the cases with California locales first; AAA will then proceed with furnishing selection lists in other locales while the parties' comments on the threshold issues are being exchanged.

Thank you for your attention to this correspondence. Please do not hesitate to contact the undersigned with any questions or concerns.

Sincerely,



**AAA Tacy Zysk**
**Manager of ADR Services**

American Arbitration Association

T: 401 431 4711   E: TacyZysk@adr.org
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Brome, Daniel <dbrome@nka.com>
**Sent:** Friday, August 09, 2019 7:09 PM
**To:** AAA Tacy Zysk <TacyZysk@adr.org>; Helland, Matthew <helland@nka.com>; Amy S. Williams <awilliams@cdflaborlaw.com>; Phillips, Amy <aphillips@nka.com>; Kimberly Jansen <kjansen@cdflaborlaw.com>; Tim Freudenberger <tfreud@cdflaborlaw.com>; Brian Cole <bcole@cdflaborlaw.com>; Bryan Schwartz <bryan@bryanschwartzlaw.com>; Rachel Terp

<rachel@bryanschwartzlaw.com>; Anne Kravich <akravich@cdflaborlaw.com>; Clare Perez <clare@bryanschwartzlaw.com>
**Subject:** RE: 148 Individual Claimants -and- CoreLogic, Inc. - Administrative Conference scheduled: Friday August 9th at 2:30 Pacific

**\*\*\* External E-Mail – Use Caution \*\*\***

Dear Tacy,

Thank you for the call today. We wanted to clarify one point from earlier in the call that may have gotten muddled. While we do not want to affirmatively assign multiple claimants to the same arbitrator, we understand that providing standard length strike lists may lead to arbitrators being included on multiple lists, and therefore potentially getting assigned to multiple arbitrations. As long as the strike lists are random, we do not have an objection to arbitrators being listed in a few lists. What we do not want is the same list being reused. Having a little overlap is preferable to having unreasonably short strike lists. Please let me know if you have any questions.

Thanks,
Danny Brome