# EXHIBIT 10

| | |
|---|---|
| From: | AAA Tacy Zysk |
| To: | Amy S. Williams; Helland, Matthew; Brian Cole; rachel@bryanschwartzlaw.com; Kimberly Jansen; bryan@bryanschwartzlaw.com; Brome, Daniel; maren@bryanschwartzlaw.com; Tim Freudenberger; Phillips, Amy; Anne Kravich |
| Subject: | RE: Multiple Individual Claimants (149) vs. Corelogic, Inc. - AAA is proceeding with individual case administration |
| Date: | Monday, September 09, 2019 9:06:07 AM |
| Attachments: | imageeea878.PNG<br>Letter To AAA Re Threshold Issues.pdf<br>Response to CoreLogics Letter to AAA.pdf |

Dear Counsel,

This confirms AAA's receipt of Respondent's attached letter dated August 27, 2019, and of Claimants' responsive letter dated September 3, 2019. The AAA does not require additional responses or replies from either party at this time.

In the exchange, Respondent has requested the AAA's Administrative Review Council ("ARC") make a determination on certain identified threshold issues. We note the identified threshold issues are not appropriately raised to ARC, because ARC is only empowered to render preliminary determinations on issues such as 1. objections to invited arbitrators; 2. locale determinations; and 3. whether the filing requirements contained in the AAA Rules have been met, (https://www.adr.org/arc), none of which are in dispute in the instant arbitrations.

The AAA has made an administrative determination that Claimants have met the filing requirements by filing demands for arbitration providing for administration by the AAA under its Rules. Accordingly, in the absence of an agreement by the parties or a court order staying any or all of these matters, the AAA will proceed with the administration of the arbitrations.

However, the parties' contentions have been made a part of the files and will be forwarded to the individual arbitrators upon appointment, at which time the parties may submit their jurisdictional or arbitrability arguments to the arbitrators for determination.

The AAA serves as an arbitrative administrative agency and does not generally appear or participate in judicial proceedings relating to arbitration. The AAA should not be named as a party-defendant. The Rules state that the AAA is not a "necessary party". The AAA will abide by an order issued by the courts and the parties are requested to keep us informed as to the outcome.

Sincerely,



**AAA Tacy Zysk**
**Manager of ADR Services**

American Arbitration Association

T: 401 431 4711  E: TacyZysk@adr.org
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.