# EXHIBIT 11

| | |
|---|---|
| **From:** | AAA Tacy Zysk |
| **To:** | Helland, Matthew; Brome, Daniel; "Bryan Schwartz"; "Rachel Terp"; "Clare Perez"; Phillips, Amy |
| **Cc:** | "Amy S. Williams"; "tfreud@cdflaborlaw.com"; "bcole@cdflaborlaw.com"; "kjansen@cdflaborlaw.com"; "akravich@cdflaborlaw.com" |
| **Subject:** | Re: CoreLogic - AAA Request for Respondent"s Case Management Fees: 123 will become due on Oct. 7th; 21 additional will become due Oct. 21st |
| **Date:** | Monday, September 23, 2019 11:09:12 AM |
| **Attachments:** | image001.png<br>image2c26cb.PNG |

Dear Counsel,

Thank you for your inquiry. The individual Case Management Fees are assessed ninety (90) days into case administration. We note the majority of filed cases went into a Rule-1 stay of case administration for 60 days shortly after AAA's receipt of the initial filings.

The Case Management Fees ($750 per case) for the 123 cases filed *before* the entry of the Rule-1 stay will be assessed on and due on **October 7, 2019.**

The Case Management Fees ($750 per case) for the 21 cases filed *during* the Rule-1 stay will be assessed on and due on **October 21, 2019.**

All remaining cases will have their case management fees assessed and due 90 days from the date of the filing, as the previous Rule-1 abeyance does not affect the case management deadlines in these newest filings. Please note that if a case closes for any reason before the case management fee deadline, the case management fee will not be charged. If any cases settle in advance of the October 7th or October 21st case management fee deadlines, the AAA must be in receipt of the parties' report of settlement by close of business on that date to avoid incurring the fee.

Please feel free to contact me with any questions or concerns.

Thank you,



**AAA Tacy Zysk**
**Manager of ADR Services**

American Arbitration Association

T: 401 431 4711  E: TacyZysk@adr.org
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Helland, Matthew <helland@nka.com>
**Sent:** Monday, September 23, 2019 12:48 PM
**To:** AAA Tacy Zysk <TacyZysk@adr.org>; Brome, Daniel <dbrome@nka.com>; 'Bryan Schwartz' <bryan@bryanschwartzlaw.com>; 'Rachel Terp' <rachel@bryanschwartzlaw.com>; 'Clare Perez' <clare@bryanschwartzlaw.com>; Phillips, Amy <aphillips@nka.com>
**Cc:** 'Amy S. Williams' <awilliams@cdflaborlaw.com>; 'tfreud@cdflaborlaw.com' <tfreud@cdflaborlaw.com>; 'bcole@cdflaborlaw.com' <bcole@cdflaborlaw.com>; 'kjansen@cdflaborlaw.com' <kjansen@cdflaborlaw.com>; 'akravich@cdflaborlaw.com' <akravich@cdflaborlaw.com>
**Subject:** RE: Four (4) Newest Arbitration Filings - CoreLogic - AAA Request for Respondent's Fees

*** External E-Mail – Use Caution ***

Tacy –

Thanks for this email. It is our understanding that, in addition to the filing fees below, CoreLogic also owes a $750 case management fee in each filed case. Has CoreLogic paid those fees, and if not, what is the deadline for payment?

Thanks,

Matt

**From:** AAA Tacy Zysk <TacyZysk@adr.org>
**Sent:** Monday, September 23, 2019 5:54 AM
**To:** Helland, Matthew <helland@nka.com>; Brome, Daniel <dbrome@nka.com>; 'Bryan Schwartz' <bryan@bryanschwartzlaw.com>; 'Rachel Terp' <rachel@bryanschwartzlaw.com>; 'Clare Perez' <clare@bryanschwartzlaw.com>; Phillips, Amy <aphillips@nka.com>
**Cc:** 'Amy S. Williams' <awilliams@cdflaborlaw.com>; 'tfreud@cdflaborlaw.com' <tfreud@cdflaborlaw.com>; 'bcole@cdflaborlaw.com' <bcole@cdflaborlaw.com>; 'kjansen@cdflaborlaw.com' <kjansen@cdflaborlaw.com>; 'akravich@cdflaborlaw.com' <akravich@cdflaborlaw.com>
**Subject:** RE: Four (4) Newest Arbitration Filings - CoreLogic - AAA Request for Respondent's Fees

| Case Name: | Locale: | Date Filed: |
|---|---|---|
| Robin Stone v. Corelogic, Inc., et al. | Austin, Texas | 9/3/2019 |
| Marcus Kent v. Corelogic, Inc. et al. | Marietta, Georgia | 9/17/2019 |
| Bradley Nelson v. Corelogic, Inc. et al. | Tacoma, Washington | 9/17/2019 |
| Joseph Adams v. Corelogic, Inc. et al. | Riverside County, California | 9/17/2019 |

Dear Counsel,

This confirms the AAA is in receipt of Claimants' portion of filing fees in the amount of $1,200 (or $300 per case) for the above matters. Accordingly, Claimants' filing requirements for the four (4) above listed arbitrations have now been met.

Respondent's portion of filing fees for the four (4) above listed arbitrations totals **$7,600** (or $1,900 per case). Respondent's portion of filing fees is due to AAA on or before **September 30, 2019**. We note this requested amount does not include the past due filing fees owed in the arbitrations filed by *Carmen Folino, David Brandt,* and *Terry Darling* on or about September 3, 2019. Those filing fees in the amount of $5,700 remain past due as of this date.

Please note that payment may be submitted via check, money order, credit card, or wire transfer. Money orders and checks should be made payable to the American Arbitration Association and sent to the American Arbitration Association, 13727 Noel Road, Suite 700, Dallas, TX 75240. When submitting payment, please reference the above case names to ensure that payment is properly applied.

Please notify me if you wish to pay online by credit card and we will provide an AAA Paylink for your convenience.

Sincerely,



**AAA Tacy Zysk**
**Manager of ADR Services**

American Arbitration Association

T: 401 431 4711  E: TacyZysk@adr.org
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** AAA Tacy Zysk
**Sent:** Friday, September 20, 2019 12:52 PM
**To:** 'Helland, Matthew' <helland@nka.com>; 'Brome, Daniel' <dbrome@nka.com>; 'Bryan Schwartz' <bryan@bryanschwartzlaw.com>; 'Rachel Terp' <rachel@bryanschwartzlaw.com>; 'Clare Perez' <clare@bryanschwartzlaw.com>; 'Phillips, Amy' <aphillips@nka.com>
**Cc:** 'Amy S. Williams' <awilliams@cdflaborlaw.com>; 'tfreud@cdflaborlaw.com' <tfreud@cdflaborlaw.com>; 'bcole@cdflaborlaw.com' <bcole@cdflaborlaw.com>; 'kjansen@cdflaborlaw.com' <kjansen@cdflaborlaw.com>; 'akravich@cdflaborlaw.com' <akravich@cdflaborlaw.com>
**Subject:** Four (4) New Arbitration Filings - CoreLogic - AAA Request for Claimant's Fees

| Robin Stone v. Corelogic, Inc. | Austin, Texas | 9/3/2019 |
| --- | --- | --- |
| Marcus Kent v. Corelogic, Inc. | Marietta, Georgia | 9/17/2019 |
| Bradley Nelson v. Corelogic, Inc. | Tacoma, Washington | 9/17/2019 |
| Joseph Adams v. Corelogic, Inc. | Riverside County, California | 9/17/2019 |

Dear Counsel,

This acknowledges receipt of 4 additional Demands for arbitration alleging claims against CoreLogic, Inc., listed above. Please note this brings the total number of individual arbitration filings which allege claims against CoreLogic, Inc. to 156.

When a case is filed, a non-refundable filing fee capped in the amount of $300 per case is payable in full by the individual, unless the plan provides that the individual pay less. A non-refundable fee in the amount of $1,900 per case is payable in full by the company, unless the plan provides that the company pay more.

Accordingly, Claimants' portion of the initial arbitration filing fees for the above arbitrations is **$1,200** (or $300 per case). Claimants' share of the filing fees is due on or before **September 27, 2019.** An AAA Paylink will follow for Claimants under separate cover.

Please note that no answering statements or counterclaims are due at this time. Upon receipt of the arbitration filing fees from Claimants, the AAA will request the balance of fees from Respondents.

As always, please contact us with any questions or concerns.

Thank you,