# EXHIBIT 15

| From: | AAA Tacy Zysk |
|---|---|
| To: | Helland, Matthew; Brome, Daniel; "Bryan Schwartz"; "Rachel Terp"; "Clare Perez"; Phillips, Amy |
| Cc: | "Amy S. Williams"; "tfreud@cdflaborlaw.com"; "bcole@cdflaborlaw.com"; "kjansen@cdflaborlaw.com"; "akravich@cdflaborlaw.com" |
| Subject: | RE: 3 Arbitration Filings - CoreLogic - Closing 3 Cases - Respondent"s Fees unpaid |
| Date: | Wednesday, October 02, 2019 11:34:18 AM |
| Attachments: | image364864.PNG |

Dear Counsel,

This confirms as of this date, and after the lapsing of two deadlines, the AAA has not received Respondent's portion of filing fees for the 3 following matters:

| Case Name: | Locale: | Date Filed: |
|---|---|---|
| Carmen Folino v. Corelogic, Inc. et al | Broward County, Florida | 9/3/2019 |
| David Brandt v. Corelogic, Inc. et al | Colorado Springs, Colorado | 9/3/2019 |
| Terry Darling v. Corelogic, Inc. et al | Cranford, New Jersey | 9/3/2019 |

As Respondent has failed to submit the previously requested filing fees for these matters, we are administratively closing the above files. Please contact me with any questions.

Sincerely,



**AAA Tacy Zysk**
**Manager of ADR Services**

American Arbitration Association

T: 401 431 4711   E: TacyZysk@adr.org
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Helland, Matthew <helland@nka.com>
**Sent:** Tuesday, October 01, 2019 7:11 PM
**To:** AAA Tacy Zysk <TacyZysk@adr.org>; Brome, Daniel <dbrome@nka.com>; 'Bryan Schwartz' <bryan@bryanschwartzlaw.com>; 'Rachel Terp' <rachel@bryanschwartzlaw.com>; 'Clare Perez' <clare@bryanschwartzlaw.com>; Phillips, Amy <aphillips@nka.com>
**Cc:** 'Amy S. Williams' <awilliams@cdflaborlaw.com>; 'tfreud@cdflaborlaw.com' <tfreud@cdflaborlaw.com>; 'bcole@cdflaborlaw.com' <bcole@cdflaborlaw.com>; 'kjansen@cdflaborlaw.com' <kjansen@cdflaborlaw.com>; 'akravich@cdflaborlaw.com' <akravich@cdflaborlaw.com>; Ann Lesser, Esq. <LesserA@adr.org>
**Subject:** RE: Four (4) Newest Arbitration Filings - CoreLogic - AAA Request for Respondent's Fees

**\*\*\* External E-Mail – Use Caution \*\*\***

Tacy –

 Please provide an update on Respondents' payment of filing fees for these 7 cases.

Thanks,

Matt