# EXHIBIT 16



Northeast Case Management Center
Heather Santo
Assistant Vice President
1301 Atwood Avenue, Suite 211N
Johnston, RI 02919
Telephone: (866)293-4053
Fax: (866)644-0234

October 14, 2019

Matthew C. Helland, Esq.
Nichols Kaster LLP
235 Montgomery Street
Suite 810
San Francisco, CA 94104
Via Email to: helland@nka.com

Timothy M. Freudenberger, Esq.
Carothers DiSante & Freudenberger, LLP
18300 Von Karman Avenue
Suite 800
Irvine, CA 92612
Via Email to: tfreud@cdflaborlaw.com

Re:  Individual Claimants – and – Respondent CoreLogic, Inc.

Dear Counsel:

This confirms an Administrative Conference Call was held on October 11, 2019. Matthew Helland and Daniel Brome appeared on the call for the individual Claimants, and Amy Williams, Timothy Freudenberger, and Kimberley Jansen appeared on the call for Respondent CoreLogic, Inc.

Respondent's counsel confirmed that due to their position on the Unauthorized Practice of Law issue, CoreLogic, Inc. will not participate in any arbitration proceeding if the locale is outside either California or Minnesota.

The AAA confirmed on September 9, 2019 that the Unauthorized Practice of Law issues are properly submitted to either a Special Master, or to the individual arbitrators for determination, and are not properly submitted to the AAA Administrative Review Council as requested by Respondent.  Claimants reiterated on the October 11th conference call that they do not agree to utilize a Special Master to determine the issue as it pertains to all cases.

Respondents further stated they will not submit any portion of the arbitrators' compensation in the 111 cases with other locales. Respondents confirmed they will advance the arbitrator's compensation only for arbitrations held in California or Minnesota.

AAA's Employment Rules allow for an arbitration to proceed in the absence of a party or representative, and so AAA invited Claimants' counsel to advance the deposits for the arbitrators' compensation in these cases, and seek recovery of these amounts through the arbitrators' awards. Claimants' counsel confirms they are unwilling or unable to advance deposits for the arbitrators' compensation.

Because the AAA is not able to secure confirmation that the arbitrators will be compensated for their work, we are administratively closing these 111 files. Please refer to *Exhibit A* for a complete list of cases being closed this date. Individual letters confirming the closure of each case will be furnished under separate cover.

Finally, as confirmed during the call, the AAA will not issue any refunds of filing fees for these cases.

Sincerely,

Tacy Zysk
Manager of ADR Services
Direct Dial: (401)431-4711
Email: TacyZysk@adr.org
Fax: (866)644-0234

Enclosure

cc: Kimberly M. Jansen, Esq.
Adriana Ceja
Bryan Schwartz, Esq.
Rachel Terp, Esq.
Amy Phillips
Daniel Brome, Esq.
Anne Kravitc
Brian E. Cole, Esq.
Amy S. Williams, Esq.

**EXHIBIT A- ADMINISTRATIVE CLOSINGS**

| CaseId | Claimant | Respondent | State |
|---|---|---|---|
| 01-19-0002-6144 | Gustavo Ahumada | CoreLogic; Inc. et al | New York |
| 01-19-0002-6149 | Laura Allison | CoreLogic; Inc. et al | Pennsylvania |
| 01-19-0002-6152 | Arthur Dale Austin | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6159 | Kenneth Barczak | CoreLogic; Inc. et al | South Carolina |
| 01-19-0002-6163 | Sandi Beckett (formerly Kalscheur) | CoreLogic; Inc. et al | Arizona |
| 01-19-0002-6165 | Cliff Berliner | CoreLogic; Inc. et al | New Jersey |
| 01-19-0002-6167 | Kathryn Bethune | CoreLogic; Inc. et al | Washington |
| 01-19-0002-6174 | John Boksa | CoreLogic; Inc. et al | Illinois |
| 01-19-0002-6205 | Shari Brownlee | CoreLogic; Inc. et al | Arizona |
| 01-19-0002-6206 | Robert Brown | CoreLogic; Inc. et al | Michigan |
| 01-19-0002-6208 | Sheryl Brown | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6210 | Charles Christiansen | CoreLogic; Inc. et al | Nevada |
| 01-19-0002-6211 | Jordan Cohen | CoreLogic; Inc. et al | New Jersey |
| 01-19-0002-6213 | Joshua Cohn | CoreLogic; Inc. et al | Oregon |
| 01-19-0002-6215 | Pamela Cooper | CoreLogic; Inc. et al | North Carolina |
| 01-19-0002-6216 | Pamela Cornwell | CoreLogic; Inc. et al | Arizona |
| 01-19-0002-6217 | John Cosgrove | CoreLogic; Inc. et al | Texas |
| 01-19-0002-6223 | Rhoda Crawford | CoreLogic; Inc. et al | Pennsylvania |
| 01-19-0002-6229 | Jason Crockett | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6231 | Michael Cusmano | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6375 | Vincent Da Costa | CoreLogic; Inc. et al | Washington |
| 01-19-0002-6380 | Andrea Deeds | CoreLogic; Inc. et al | Georgia |
| 01-19-0002-6382 | Michael Dehn | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6475 | Damien del Fierro | CoreLogic; Inc. et al | Washington |
| 01-19-0002-6476 | Samuel Denton | CoreLogic; Inc. et al | Tennessee |
| 01-19-0002-6482 | Paul Diaz | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6487 | Mitchell Dorfman | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6504 | Deane Draper | CoreLogic; Inc. et al | Washington |
| 01-19-0002-6505 | Jeffrey Duckett | CoreLogic; Inc. et al | Georgia |
| 01-19-0002-6510 | Harry Edelman Jr. | CoreLogic; Inc. et al | Maryland |
| 01-19-0002-6522 | Yvonne Everson | CoreLogic; Inc. et al | North Carolina |
| 01-19-0002-6525 | John Face | CoreLogic; Inc. et al | Virginia |
| 01-19-0002-6530 | Michael Feeney | CoreLogic; Inc. et al | Arizona |
| 01-19-0002-6534 | Derek Fisher | CoreLogic; Inc. et al | Virginia |
| 01-19-0002-6537 | Douglas Flomer | CoreLogic; Inc. et al | Washington |
| 01-19-0002-6541 | Mitzi Forbes | CoreLogic; Inc. et al | Georgia |
| 01-19-0002-6544 | Tammye Gaither | CoreLogic; Inc. et al | Georgia |

**EXHIBIT A- ADMINISTRATIVE CLOSINGS**

| | | | |
|---|---|---|---|
| 01-19-0002-6608 | Timothy Gamido | CoreLogic; Inc. et al | Washington |
| 01-19-0002-6609 | Jadwick Graham | CoreLogic; Inc. et al | Georgia |
| 01-19-0002-6623 | Christine Hale | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6625 | Lorette Harkrader | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6626 | William Hattaway | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6627 | Emilio Hernandez | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6628 | Martin Hoegen | CoreLogic; Inc. et al | Rhode Island |
| 01-19-0002-6630 | William Hunter | CoreLogic; Inc. et al | Tennessee |
| 01-19-0002-6631 | Dale Inman | CoreLogic; Inc. et al | Louisiana |
| 01-19-0002-6632 | Bradley James | CoreLogic; Inc. et al | North Carolina |
| 01-19-0002-6634 | Patricia Johnson | CoreLogic; Inc. et al | Virginia |
| 01-19-0002-6637 | Clarence Lay | CoreLogic; Inc. et al | Illinois |
| 01-19-0002-6638 | Kimberly Lear | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6639 | Nancy Leddy | CoreLogic; Inc. et al | Georgia |
| 01-19-0002-6640 | Ingrid Leverett | CoreLogic; Inc. et al | Louisiana |
| 01-19-0002-6641 | Fengwen Liu | CoreLogic; Inc. et al | Maryland |
| 01-19-0002-6642 | Kyle Long | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6643 | Chris Longmore | CoreLogic; Inc. et al | Missouri |
| 01-19-0002-6645 | Steve Ludwig | CoreLogic; Inc. et al | Texas |
| 01-19-0002-6647 | James Mahoney | CoreLogic; Inc. et al | Illinois |
| 01-19-0002-6648 | Eugene Manzione | CoreLogic; Inc. et al | New York |
| 01-19-0002-6649 | John Markert | CoreLogic; Inc. et al | Michigan |
| 01-19-0002-6651 | Paul Marston | CoreLogic; Inc. et al | Massachusetts |
| 01-19-0002-6652 | Octavio Martinez | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6653 | Patrick McCarthy | CoreLogic; Inc. et al | New York |
| 01-19-0002-6655 | Rhonda McGee | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6656 | Kenneth Modenbach | CoreLogic; Inc. et al | Colorado |
| 01-19-0002-6657 | Michael Mollema | CoreLogic; Inc. et al | Michigan |
| 01-19-0002-6659 | Christian Napolitano | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6661 | Amy Nelson | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6663 | Linda Newman | CoreLogic; Inc. et al | South Carolina |
| 01-19-0002-6664 | Traci Nichols | CoreLogic; Inc. et al | Tennessee |
| 01-19-0002-6665 | Ricardo Obeso | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6666 | Delilah O'Brien | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6668 | Paul Oken | CoreLogic; Inc. et al | Arizona |
| 01-19-0002-6669 | Evalyn Oreto | CoreLogic; Inc. et al | Florida |
| 11900026670 | Charles Ozan | CoreLogic; Inc. et al | Oklahoma |
| 01-19-0002-6672 | Thomas Parrish | CoreLogic; Inc. et al | Texas |
| 01-19-0002-6673 | Daniel Pettit | CoreLogic; Inc. et al | Pennsylvania |

**EXHIBIT A- ADMINISTRATIVE CLOSINGS**

| | | | |
|---|---|---|---|
| 01-19-0002-6674 | Donna Piascik | CoreLogic; Inc. et al | Pennsylvania |
| 01-19-0002-6684 | David Rayppy | CoreLogic; Inc. et al | Nevada |
| 01-19-0002-6686 | Jeffrey Reinsch | CoreLogic; Inc. et al | Tennessee |
| 01-19-0002-6687 | Dustin Rhoades | CoreLogic; Inc. et al | Missouri |
| 01-19-0002-6688 | Barbara Romagnano | CoreLogic; Inc. et al | Maryland |
| 01-19-0002-6689 | Brian Rovillo | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6690 | Latrice Rush | CoreLogic; Inc. et al | Georgia |
| 01-19-0002-6691 | Thomas Salimino | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6692 | William Sanderfer | CoreLogic; Inc. et al | Kentucky |
| 01-19-0002-6693 | Robert Schuster | CoreLogic; Inc. et al | North Carolina |
| 01-19-0002-6695 | Cory Self | CoreLogic; Inc. et al | Washington |
| 01-19-0002-6696 | Michael Sell | CoreLogic; Inc. et al | Ohio |
| 01-19-0002-6697 | Mark Servo | CoreLogic; Inc. et al | New Jersey |
| 01-19-0002-6699 | John Snipes | CoreLogic; Inc. et al | North Carolina |
| 01-19-0002-6700 | Jeffrey Spaniel | CoreLogic; Inc. et al | Colorado |
| 01-19-0002-6702 | John Stewart | CoreLogic; Inc. et al | Texas |
| 01-19-0002-6703 | John Sullivan | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6706 | Jean Swoboda | CoreLogic; Inc. et al | Illinois |
| 01-19-0002-6708 | Rick Taylor | CoreLogic; Inc. et al | Texas |
| 01-19-0002-6709 | Warren Thompson | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6710 | Darin Tompkins | CoreLogic; Inc. et al | Georgia |
| 01-19-0002-6712 | Curtis Vester | CoreLogic; Inc. et al | Arizona |
| 01-19-0002-6714 | Kent Voss | CoreLogic; Inc. et al | Missouri |
| 01-19-0002-6715 | Joseph Whalen | CoreLogic; Inc. et al | New Jersey |
| 01-19-0002-6716 | Chris Willis | CoreLogic; Inc. et al | Washington |
| 01-19-0002-6717 | Christopher Wilson | CoreLogic; Inc. et al | Florida |
| 01-19-0002-6721 | Nicolas Yonezuka | CoreLogic; Inc. et al | New Jersey |
| 01-19-0002-6722 | Philip Zelazny | CoreLogic; Inc. et al | Illinois |
| 01-19-0002-9563 | Carmen Folino | CoreLogic; Inc. et al | Florida |
| 01-19-0002-9565 | David Brandt | CoreLogic; Inc. et al | Colorado |
| 01-19-0002-9567 | Terry Darling | CoreLogic; Inc. et al | New Jersey |
| 01-19-0002-9945 | Robin Stone | CoreLogic; Inc. et al | Texas |
| 01-19-0002-9948 | Marcus Kent | CoreLogic; Inc. et al | Georgia |
| 01-19-0002-9952 | Bradley Nelson | CoreLogic; Inc. et al | Washington |

Case 8:17-cv-02274-DOC-DFM   Document 273-18   Filed 10/21/19   Page 6 of 6   Page ID #:7229