# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIETT MITCHELL, JASON SUMMERS, and JOSEPH ADAMS individually, on behalf of other similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br>vs.<br><br>CORELOGIC VALUATION SOLUTIONS, INC., CORELOGIC PLATINUM VALUATIONS SOLUTIONS, LLC, and DOES 1-10, inclusive,<br>Defendant(s). | Case No. 8:17-cv-02274-DOC-DFMx<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE NAMING OF ADDITIONAL DEFENDANT CORELOGIC PLATINUM VALUATION SERVICES, LLC** |

Having reviewed the Parties' Joint Stipulation re Naming of Additional Defendant CoreLogic Platinum Valuation Services, (ECF No. 320), and good cause appearing therefore, the parties' stipulation is hereby GRANTED as follows:

1. CoreLogic Platinum Valuation Services, LLC is added as a defendant, since this entity is now the employer of the currently-employed opt-ins and putative class members.

2. This Stipulation shall serve as such amendment, such that, in lieu of filing a Fourth Amended Complaint, all allegations asserted in the Third Amended Complaint against CoreLogic Valuation Solutions, Inc., shall be treated also as allegations against CoreLogic Platinum Valuation Services, LLC.

3. The operative Answer to the Third Amended Complaint shall extend to CoreLogic Platinum Valuation Services, LLC, and no further Answer shall be necessary.

**IT IS SO ORDERED.**

DATED:

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT COURT