# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. SA CV 17-2274-DOC (DFMx)     Date January 16, 2020

Title: HARRIETT MITCHELL, ET AL V CORELOGIC, INC.

Present: The Honorable David O. Carter

| Deborah Lewman | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None     None

Proceedings: ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☒ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer    djl