BRYAN SCHWARTZ LAW
Bryan J. Schwartz (SBN 209903)
Natasha T. Baker (SBN 319381)
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301
Email: bryan@bryanschwartzlaw.com
      natasha@bryanschwartzlaw.com

NICHOLS KASTER, LLP
Matthew C. Helland (SBN 250451)
Daniel S. Brome (SBN 278915)
235 Montgomery Street, Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238
Email: helland@nka.com
 dbrome@nka.com

*Attorneys for Plaintiffs and Putative*
*Class and Collective Action Members*

CAROTHERS DISANTE & FREUDENBERGER LLP
Timothy M. Freudenberger, State Bar No. 138257
tfreud@cdflaborlaw.com
Amy S. Williams, State Bar No. 228853
awilliams@cdflaborlaw.com
Kimberly M. Jansen, State Bar No. 243216
kjansen@cdflaborlaw.com
18300 Von Karman, Suite 800
Irvine, CA 92612
Telephone: (949) 622-1661
Facsimile: (949) 622-1669

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIETT MITCHELL, JASON SUMMERS, and JOSEPH ADAMS, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>CORELOGIC VALUATION SOLUTIONS, INC., and CORELOGIC PLATINUM VALUATION SERVICES, LLC, and DOES 1-10, inclusive<br><br>Defendants. | Case No.: 8:17-cv-02274-DOC-DFMx<br><br>**ORDER GRANTING JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL PENDING DEADLINES**<br><br>The Hon. David O. Carter<br><br>Complaint Filed: December 29, 2017 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Harriett Mitchell, individually, on behalf of others similarly situated, and on behalf of the general public, and Defendant CoreLogic Valuation Solutions, Inc. et al., by and through their respective counsel, have agreed to the material terms of a mediator's proposal to settle this entire action as to all parties.

The Parties therefore respectfully request that the Court vacate all pending deadlines and hearing dates in light of the impending Settlement, a long-form version of which they expect to execute in the coming weeks. Plaintiff intends to file a motion for preliminary approval of the class and collective action settlement within 60 days.

Respectfully submitted,

| | |
|---|---|
| BRYAN SCHWARTZ LAW<br>NICHOLS KASTER, LLP<br>/s/ *Bryan Schwartz*<br>Bryan Schwartz<br>*Attorneys for Plaintiffs and the Putative Class* | CAROTHERS DISANTE &<br>FREUDENBERGER LLP<br>/s/ *Amy Williams*<br>Amy Williams<br>*Attorneys for Defendants* |

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of the Joint Statement submitted by Plaintiff Harriett Mitchell has been obtained from the other signatories therein.

Dated: January 14, 2020          /s/ *Bryan Schwartz*
                                  Bryan Schwartz

# **ORDER**

Pursuant to the stipulation of the parties concerning the impending settlement, all deadlines concerning this case are vacated, with the expectation of a preliminary approval motion concerning a class settlement within 60 days of the date of this Order.

IT IS SO ORDERED.

DATE: January 16, 2020

*/s/ David O. Carter*

Hon. David O. Carter
United States District Court