**BRYAN SCHWARTZ LAW**
Bryan Schwartz (SBN 209903)
Natasha Baker (SBN 319381)
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301
Email: bryan@bryanschwartzlaw.com
        natasha@bryanschwartzlaw.com

**NICHOLS KASTER**
Matthew C. Helland (SBN 250451)
Daniel S. Brome (SBN 278915)
235 Montgomery Street, Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7234
Facsimile: (415) 277-7238
Email: helland@nka.com
        dbrome@nka.com

*Attorneys for Plaintiffs and Putative Class and Collective Action Members*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIETT MITCHELL, JASON SUMMERS and JOSEPH ADAMS, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>              Plaintiffs,<br>  vs.<br><br>CORELOGIC VALUATION SOLUTIONS, INC., CORELOGIC PLATINUM VALUATIONS SOLUTIONS, LLC, and DOES 1-10, inclusive<br><br>              Defendants. | Case No. 8:17-cv-02274-DOC-DFM<br><br>**NOTICE OF MOTION FOR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS, FAIR LABOR STANDARDS ACT (FLSA) COLLECTIVE, AND PRIVATE ATTORNEYS GENERAL ACT (PAGA) REPRESENTATIVE ACTION SETTLEMENT AND CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS**<br><br>Judge:  Hon. David O. Carter<br><br>Date:  May 11, 2020<br>Time:  8:30 a.m.<br>Place:  Courtroom 9D |

PLAINTIFFFS' MOTION FOR PRELIMIARY APPROVAL, CASE NO. 8:17-cv-02274-DOC-DFM

# NOTICE OF MOTION AND MOTION

TO THE COURT AND ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that a hearing will be held on Plaintiffs' Unopposed Motion for Preliminary Approval of Class, FLSA Collective, and PAGA Representative Action Settlement on May 11, 2020 at 8:30 a.m. in the Courtroom of the Honorable David O. Carter, located at 411 W. Fourth St., Santa Ana, CA 92701. At the hearing, representative Plaintiffs Harriett Mitchell, Jason Summers, and Joseph Adams, through their attorneys and on behalf of all other Appraisers similarly situated, will and hereby do move the Court to: preliminarily approve the Settlement Agreement between the Appraiser Plaintiffs and Defendants CoreLogic Valuation Solutions, Inc. and CoreLogic Platinum Valuations Solutions, LLC ("Defendant"); certify conditionally, for settlement purposes only, the class of Appraisers described herein; name Bryan Schwartz Law and Nichols Kaster as Class Counsel, and Harriett Mitchell, Jason Summers, and Joseph Adams as Class Representative for the Appraiser Plaintiffs, and Simpluris as the Claims Administrator; authorize the mailing of notice to the California Class and nationwide Collective Class; and schedule a final approval hearing date.

The Motion is based upon the Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement and Memorandum of Points and Authorities in Support Thereof; the supporting Declaration of Bryan J. Schwartz, Esq., (Schwartz Dec.) and accompanying exhibits including the Settlement Agreement attached as Exhibit 1 to the declaration; the Declaration of Matthew C. Helland, Esq. (Helland Dec.); the declarations of Harriett Mitchell (Mitchell Dec.), Jason Summers (Summers Dec.), and Joseph Adams (Adams Dec.); all other exhibits and attachments submitted in support of the Motion; any oral argument of counsel; the complete files, records, and pleadings in the above-captioned matter; and such additional matters as the Court may consider. A Proposed Order is submitted herewith.

| | |
|---|---|
| Dated: April 13, 2020 | BRYAN SCHWARTZ LAW<br>NICHOLS KASTER<br><br>By:    */s/ Bryan J. Schwartz*<br>      BRYAN J. SCHWARTZ<br>      MATTHEW C. HELLAND<br><br>*Attorneys for Plaintiffs and Putative*<br>*Class and Collective Action Members* |