BRYAN SCHWARTZ LAW
Bryan Schwartz (SBN 209903)
Natasha Baker (SBN 319381)
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301
Email: bryan@bryanschwartzlaw.com
       natasha@bryanschwartzlaw.com

NICHOLS KASTER
Matthew C. Helland (SBN 250451)
Daniel S. Brome (SBN 278915)
235 Montgomery Street, Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7234
Facsimile: (415) 277-7238
Email: helland@nka.com
dbrome@nka.com

*Attorneys for Plaintiffs and Putative Class and Collective Action Members*

**NOTE CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIETT MITCHELL, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>CORELOGIC VALUATION SOLUTIONS, INC., CORELOGIC PLATINUM VALUATIONS SOLUTIONS, and DOES 1-10, inclusive<br><br>　　　　　　　Defendants. | Case No.: 8:17-cv-02274-DOC-DFMx<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS, FAIR LABOR STANDARDS ACT (FLSA) COLLECTIVE, AND PRIVATE ATTORNEYS GENERAL ACT (PAGA) REPRESENTATIVE ACTION SETTLEMENT AND CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS**<br><br>Hon. David O. Carter |

Plaintiffs' Unopposed Motion for Preliminary Approval of Class, Fair Labor Standards Act (FLSA) Collective, and Private Attorneys General Act (PAGA) Representative Action Settlement and Conditional Certification of Settlement Class was scheduled for hearing on May 11, 2020 at 8:30am in the District Court for the Central District of California, the Honorable David O. Carter presiding. The Court, having considered the papers submitted in support of the application of the Parties, determined that matter was suitable for decision without a hearing, and HEREBY ORDERS THE FOLLOWING:

To the extent terms in this Order are defined in the Joint Stipulation for Settlement and Release of Class and Collective Action Claims (the "Settlement Agreement"), submitted to the Court as Exhibit 1 to the Declaration of Bryan J. Schwartz, Esq., such terms shall have the same meanings in this Order as in the Settlement Agreement.

For settlement purposes only, the Court grants class certification to the proposed class of Appraisers, appoints named Plaintiff Harriett Mitchell as Class Representative, and appoints Bryan Schwartz Law and Nichols Kaster, LLP as Class Counsel. I find counsel is experienced in representing plaintiffs in such matters and the named Plaintiff has no known conflicts with the Class and worked in the Appraiser position at issue during the relevant period.

The Court grants preliminary approval of the Settlement based upon the terms set forth in the Settlement Agreement and the preliminary approval Motion, and based upon the Schwartz, Helland, Mitchell, Summers, and Adams Declarations in support of the agreement and related exhibits, and all of the briefing and information submitted in this case to date. The Settlement appears to be fair, adequate and reasonable to the Class.

The Settlement is supported by the recommendations of counsel and was negotiated at arms' length, and is thus presumptively valid, subject to any objections that may be raised at the final fairness hearing and to final approval by this Court.

To comply with the Ninth Circuit's decision in *In re Bluetooth Headset Litigation*, 654 F.3d 935 (9th Cir. 2011), Class Counsel will file their motion for fees and costs more than 15 days before the deadline to opt out of or object to the Settlement, on or before July 6, 2020.

A final fairness hearing on whether the proposed Settlement, attorneys' fees to Class Counsel, the Class Representatives' enhancement payment, and the *cy pres* recipient should be approved as fair, reasonable, and adequate as to the members of the Settlement Class will be held on August 31, 2020 at 8:30 a.m., in the Courtroom of the Hon. David O. Carter, Courtroom 9D, U.S. District Court for the Central District of California, Santa Ana Division.

The Court approves, as to form and content, the Notices of Class Action Settlement to the California Class, the FLSA Collective, the PAGA group, and Current and Former Opt-ins ("Notices of Settlement") attached to the Declaration of Matthew C. Helland as Exhibit A. The Court approves the procedure for Class Members to participate in, opt out of, and object to the Settlement as set forth in the Notices of Settlement.

The Court directs the mailing (and, where applicable, emailing) of the Notices of Settlement in accordance with the implementation schedule set forth below. The Court finds that the dates selected for the mailing and distribution of the Notices meet the requirements of due process, provide the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons entitled to notice of the proposed settlement.

The Court appoints Simpluris as the settlement administrator, an experienced administrator to be fully compensated by Defendants under the terms of the Settlement.

The Court orders the following implementation schedule for further proceedings:

| | |
|---|---|
| Deadline for Defendants to provide Class Data to Claims Administrator | 7 business days after Court enters an order granting preliminary approval |

| | |
|---|---|
| Deadline for Claims Administrator to Mail Notices to Class Members | 10 business days after receiving Class Data |
| Deadline for Class Members to reject, opt out, or serve written objections to the settlement | July 24, 2020 |
| Deadline for Class Counsel to file fee motion | July 6, 2020 |
| Deadline for Class Counsel to file Motion for Final Approval of Settlement | August 3, 2020 |
| Final Fairness Hearing and Final Approval | August 31, 2020, 8:30 a.m. |

IT IS SO ORDERED

DATED: May 7, 2020

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT COURT