BRYAN SCHWARTZ LAW
Bryan Schwartz (SBN 209903)
Natasha Baker (SBN 319381)
180 Grand Avenue, Suite 1380
Oakland, CA  94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301
Email: bryan@bryanschwartzlaw.com
       natasha@bryanschwartzlaw.com

NICHOLS KASTER
Matthew C. Helland (SBN 250451)
Daniel S. Brome (SBN 278915)
235 Montgomery Street, Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7234
Facsimile: (415) 277-7238
Email: helland@nka.com
       dbrome@nka.com

Attorneys for Plaintiffs and Putative
Class and Collective Action Members

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIETT MITCHELL, JASON SUMMERS and JOSEPH ADAMS, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>　　　　　　　　Plaintiffs,<br>　vs.<br><br>CORELOGIC VALUATION SOLUTIONS, INC., CORELOGIC PLATINUM VALUATIONS SOLUTIONS, LLC, and DOES 1-10, inclusive<br><br>　　　　　　　　Defendants. | Case No. 8:17-cv-02274-DOC-DFM<br>**ORDER AND JUDGMENT GRANTING MOTION FOR FINAL APPROVAL OF CLASS, FAIR LABOR STANDARDS ACT (FLSA) COLLECTIVE, AND PRIVATE ATTORNEYS GENERAL ACT (PAGA) REPRESENTATIVE ACTION SETTLEMENT  [353]**<br><br>Judge:　Hon. David O. Carter<br><br>Date:　August 31, 2020<br>Time:　8:30 a.m.<br>Place:　Courtroom 9D |

Plaintiffs' Motion for Final Settlement Approval came before the Court on August 31, 2020. Defendant did not oppose the Motion. Based on the pleadings, papers, and arguments of counsel, and good cause appearing therefore, the Court hereby grants the Motion in full.

The Court finds that the Settlement is fair, adequate, and reasonable, and in the best interests of the Class, considering the strengths of Plaintiffs' claims, the risk of further litigation, including maintaining class status, the amount offered in settlement, the stage of the proceedings, the views of counsel and the response from the Settlement Class Members.

Almost all eligible Rule 23 Class Members are participating in the Settlement, and almost all FLSA Opt-ins have returned their release of claims forms. The Court finds that Simpluris, the Settlement Administrator, has appropriately distributed Notice of the Settlement.

The Court finds that the Fair Labor Standards Act settlement is a reasonable compromise of a bona fide dispute, and grants approval of the FLSA settlement.

Class Counsel requests one-third ($2,000,000.00) of the total settlement amount in fees, plus $140,000 in costs. The Court finds that the proposed settlement is fair, reasonable and adequate, and that the request for attorneys' fees of one-third of the settlement amount is reasonable. The Court finds that awarding fees above the benchmark percentage is justified by the results obtained in this settlement and counsel's work and skill that led to this result. The Court finds that the costs requested are reasonable and were incurred in the course of litigating this case on behalf of the group.

Plaintiffs also request $15,000 enhancement awards for the Named Plaintiffs, and $1,000 for each of the deponents. These amounts are reasonable and appropriately reflect the Representative Plaintiffs' and deponents' contributions on behalf of the group, and the risk of reputational harm they accepted to benefit the group. The requested enhancement payments are approved.

1    **IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Final Approval
2    is granted in full. The Parties are directed to follow the terms of the Settlement,
3    including funding the settlement account and distributing payment. This Action
4    shall be closed, except that the Court shall retain jurisdiction solely for purposes of
5    addressing the interpretation and enforcement of the settlement, the administration
6    of the settlement, and other related matters. as of the date of this Order, Settlement
7    Class Members have released their claims against Defendant as set out in the
8    Settlement Agreement.

10   Let Judgment be entered accordingly.

14   **IT IS SO ORDERED.**

15   DATED: __October 15,_____ 2020         _/s/ David O. Carter_
16                                          _____
                                            HON. DAVID O. CARTER
17                                          UNITED STATES DISTRICT COURT